# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1328
LT Case No. 2012-CF-3186-A

_____

MARLON W. MCNEILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Marlon W. McNeill, Lake Butler, pro se.

Ashley Moody, Attorney General, and
Zachary Lawton, Assistant Attorney General,
Tallahassee, for Appellee.


August 15, 2023


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____